MICHAEL D. SHERMAN, SR. v. STATE OF NEW JERSEY, DEPT. OF ENVIRONMENTAL PROTECTION.

January 18, 1977. Petition for certification denied.

FRANCIS KELLY v. DIVISION OF PENSIONS.

January 18, 1977. Petition for certification denied.

GIBRALTAR CORP. OF AMERICA v. ALFRED BINDER AND AMERICAN LIGHTING CO., v. JACOB J. SCHULDER.

January 18, 1977. Petition for certification denied.

IN THE MATTER OF OSCAR W. RITTENHOUSE, PROSECUTOR OF HUNTERDON COUNTY.

January 18, 1977. Petition for certification denied.

DOROTHY DE HAMIDIAM v. CHARLES J. CONTINO.

January 18, 1977. Petition for certification denied.

McDONALD'S CORP. v. BOROUGH OF NEW PROVIDENCE.

January 18, 1977. Petition for certification denied.